UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VIADNEY ARIZA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LA MERCED PRODUCE, LLC, HUGO GONZALES and ALEJANDRO GONZALES,<br><br>　　　　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:12-cv-196-CAP |

## DEFAULT JUDGMENT

　　The defendants **HUGO GONZALES and ALEJANDRO GONZALES**, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Charles A. Pannell, Jr., United States District Judge, by order of December 6, 2013, having directed that judgment issue in favor of plaintiff and against the defendants, it is hereby

　　ORDERED AND ADJUDGED, that the plaintiff VIADNEY ARIZA, recover from the defendants **HUGO GONZALES and ALEJANDRO GONZALES**, the amount of $72,263.23, plus interest at the legal rate.

　　Dated at Atlanta, Georgia this 6th day of December, 2013.

　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　By:　s/Andrea Gee
　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
　　December 9, 2013
James N. Hatten
Clerk of Court


By: s/Andrea Gee
　　　　Deputy Clerk